UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                                :

VERONICA MADDY, *on behalf of herself and all others*  :
*similarly situated*,
                                                                                :

                                            Plaintiff,                      :                 22-CV-3467 (JMF)

                                            -v-                               :                 <u>ORDER</u>

DIFFERIO LLC,                                             :
                                    Defendant.                   :

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's April 29, 2022 Order, ECF No.5, the parties were required to file a joint letter, the contents of which are described therein, no later than two weeks after Defendant appeared in the case. Defendant entered a notice of appearance on May 18, 2022. ECF No. 8. To date, the parties have not filed the required joint letter. As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to June 13, 2022.

       SO ORDERED.

Dated: June 7, 2022
       New York, New York                                      JESSE M. FURMAN
                                                                United States District Judge