

# Mars Khaimov Law, PLLC

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

E-mail: mars@khaimovlaw.com

September 20, 2022

**BY ECF**
Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre St.
New York, New York 10007

    Re:    Maddy v. Differio, LLC.; Case No. 1:22-cv-3467-JMF

To the Honorable Judge Furman,

    Plaintiff submits this letter-motion to seek an adjournment of the Pretrial Conference currently scheduled for September 22, 2022. Plaintiff's counsel is engaged on another matter that day, in which he cannot obtain an adjournment on. A new date of October 3, 2022 is requested, or another subsequent date more convenient to the Court. Defendant's counsel has consented to this relief, and this is the first time this relief is being sought.

    Plaintiff thanks the Court for its attention and consideration herein.

    Respectfully and sincerely,

The pre-trial conference was previously adjourned until **October 6, 2022, at 2 p.m.** *See* ECF No 19. The Clerk of Court is directed to terminate ECF No. 20.

/s/ Mars Khaimov, Esq.

SO ORDERED.



September 20, 2022