UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
VERONICA MADDY, *on behalf of herself and all others* :
*similarly situated*, :
:
:
      Plaintiff, :  22-CV-3467 (JMF)
:
  -v- :  <u>ORDER</u>
:
DIFFERIO LLC, :
:
:
      Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

  Pursuant to the Court's September 23, 2022 Order, ECF No. 22, the parties were required to file a joint letter, the contents of which are described therein, by September 29, 2022. To date, the parties has/have not filed the required joint letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **October 3, 2022**.

  SO ORDERED.

Dated: September 30, 2022
   New York, New York          _____
                     JESSE M. FURMAN
                    United States District Judge